# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 300 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Hancock, et al. vs. Marlene's Trucking IL, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/24/2008 at 9:30 a.m. Motion hearing held. Plaintiffs' motion for entry of default and for an order directing defendant to turn over monthly fringe benefit contribution reports [10] is granted. Enter Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|