IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0300 |
| | ) | |
| MARLENE'S TRUCKING IL, INC., | ) | JUDGE JOAN H. LEFKOW |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:     Ms. Regina Zatar, Registered Agent
        Marlene's Trucking IL, Inc.
        4711 Midlothian Tpk. #11
        Crestwood, IL   60445

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **15th** day of **April 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Joan H. Lefkow, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1925, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Judgment.  A copy of said motion is hereby served upon you.

/s/   Cecilia M. Scanlon

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 8th day of April 2008:

> Ms. Regina Zatar, Registered Agent
> Marlene's Trucking IL, Inc.
> 4711 Midlothian Tpk. #11
> Crestwood, IL   60445

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Marlene's Trucking\notice of motion-judgment.cms.df.wpd