# REPORT OF PAYMENTS TO
## LOCAL 731, I.B. of T. EXCAVATING, PAVING, WELFARE-PENSION FUNDS

1000 BURR RIDGE PKWY  BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

PAGE 1

MARLENE'S TRUCKING IL INC.
2150 BLUESTEM PKWY
LYNWOOD    IL    60411

EER NO. 11245
DATE 10/09/2007
TELEPHONE (708)757-3101

REPORT FOR THE MONTH OF SEPTEMBER 2007
COVERING PAYROLL PERIODS (SATURDAYS) ENDING

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| 1 | 8 | 15 | 22 | 29 |

PREPARED BY Marlene Anderson

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.

| SOCIAL SECURITY NUMBER | NAME | 1 | 2 | 3 | 4 | 5 | TOTAL | CODE | REMARKS | DATE OF HIRE |
|---|---|---|---|---|---|---|---|---|---|---|
| -7634 | ANDERSON JERRY | 0 | 0 | 0 | 0 | 0 | 0 | | | 10-01-07 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |

L.M.C.C. TASK FORCE         $0.50   $_____
J.C. 25 TRAINING FUND       $0.20   $_____
L.U. 731 SCHOLARSHIP FUND   $0.20   $_____
CHICAGOLAND CONSTRUCTION SAFETY COUNCIL   $0.01   $_____
CONSTRUCTION INDUSTRY SERVICE CORPORATION $0.01   $_____

**INDUSTRY:** PLEASE MAKE CHECKS PAYABLE TO EACH PROPER FUND. RATE IS PER HOUR WORKED.

**WORK CODES**
- N = NEW
- R = RETURN
- T = TERMINATED (REASON)
- S = SICK
- OI = OCCUPATIONAL INJURY
- TD = TOTAL DISABILITY
- TM = TRANSFER TO MANAGEMENT
- L = LAYOFF
- D = DEATH

ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

☐ INACTIVE  NO MEMBERS THIS MONTH
☐ FINAL REPORT  NO MEMBERS UNTIL FURTHER NOTICE

| | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|
| TOTAL HOURS THIS PAGE | 0 | | |
| TOTAL HOURS ALL PAGES | | | |
| TOTAL WELFARE @ 6.15 per hour | 0 | | 0 |
| TOTAL PENSION @ 4.80 per hour | 0 | | 0 |

## PLEASE REMIT BY SEPARATE CHECK

ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE ENTRIES WITH MEMBER'S DATE OF HIRE.
FOR INSTRUCTIONS ON HOW TO COMPLETE THIS REPORT, SEE THE REVERSE SIDE OF THE EMPLOYER'S COPY.

731 WELFARE AND PENSION
REPORT OF PAYMENTS
TO

# LOCAL 731, I.B. of T. EXCAVATING, PAVING, WELFARE-PENSION FUNDS

1000 BURR RIDGE PKWY  BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

RECEIVED MAR - 7 2008

MARLENE'S TRUCKING IL INC.
2150 BLUESTEM PKWY
LYNWOOD   IL   60411

EER NO. 11245
DATE 10/26/2007
TELEPHONE (708) 757-3101

REPORT FOR THE MONTH OF
OCTOBER  2007
COVERING PAYROLL PERIODS (SATURDAYS) ENDING

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| 6 | 13 | 20 | 27 | |

PREPARED BY Marlene Anderson

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.

| SOCIAL SECURITY NUMBER | NAME | ACTUAL HOURS WORKED IN PERIOD ||||| CODE | REMARKS | DATE OF HIRE |
| | | 1 | 2 | 3 | 4 | 5 | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7634 | ANDERSON JERRY | 36 | 38 | 38 | 42 | | 154 | | | |

L.M.C.C. TASK FORCE   $0.50  $_____
J.C. 25 TRAINING FUND   $0.20  $_____
L.U. 731 SCHOLARSHIP FUND   $0.20  $_____
CHICAGOLAND CONSTRUCTION SAFETY COUNCIL   $0.01  $_____
CONSTRUCTION INDUSTRY SERVICE CORPORATION   $0.01  $_____

INDUSTRY: PLEASE MAKE CHECKS PAYABLE TO EACH PROPER FUND. RATE IS PER HOUR WORKED.

**WORK CODES**
= NEW
= RETURN
= TERMINATED (REASON)
= SICK
= OCCUPATIONAL INJURY
= TOTAL DISABILITY
= TRANSFER TO MANAGEMENT
= LAYOFF
= DEATH

ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

☐ INACTIVE NO MEMBERS THIS MONTH
☐ FINAL REPORT NO MEMBERS UNTIL FURTHER NOTICE

| | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|
| TOTAL HOURS THIS PAGE | | | |
| TOTAL HOURS ALL PAGES | | | |
| TOTAL WELFARE @ 6.15 per hour | 947.10 | | |
| TOTAL PENSION @ 4.80 per hour | 739.20 | | |

## PLEASE REMIT BY SEPARATE CHECK

ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE ENTRIES WITH MEMBER'S DATE OF HIRE.
FOR INSTRUCTIONS ON HOW TO COMPLETE THIS REPORT, SEE THE REVERSE SIDE OF THE EMPLOYER'S COPY.

PLEASE RETURN THIS COPY WITH YOUR REMITTANCE
REPORT OF PAYMENTS
TO
## LOCAL 731, I.B. of T. EXCAVATING, PAVING, WELFARE-PENSION FUNDS

1000 BURR RIDGE PKWY BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

PAGE 1

MARLENE'S TRUCKING IL INC.
2150 BLUESTEM PKWY
LYNWOOD IL 60411

EER NO. 11245
DATE 11/20/2007
TELEPHONE (708)757-3101

REPORT FOR THE MONTH OF NOVEMBER 2007
COVERING PAYROLL PERIODS (SATURDAYS) ENDING

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| 3 | 10 | 17 | 24 | |

PREPARED BY Marlene Anderson

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.

| SOCIAL SECURITY NUMBER | NAME | 1 | 2 | 3 | 4 | 5 | TOTAL | CODE | REMARKS | DATE OF HIRE |
|---|---|---|---|---|---|---|---|---|---|---|
| -7634 | ANDERSON JERRY | 32 | 30 | 12 | 0 | 0 | 74 | | | |

L.M.C.C. TASK FORCE $0.50 $_____
J.C. 25 TRAINING FUND $0.20 $_____
L.U. 731 SCHOLARSHIP FUND $0.20 $_____
CHICAGOLAND CONSTRUCTION SAFETY COUNCIL $0.01 $_____
CONSTRUCTION INDUSTRY SERVICE CORPORATION $0.01 $_____

INDUSTRY: PLEASE MAKE CHECKS PAYABLE TO EACH PROPER FUND. RATE IS PER HOUR WORKED.

**WORK CODES**
= NEW
= RETURN
= TERMINATED (REASON)
= SICK
= OCCUPATIONAL INJURY
= TOTAL DISABILITY
= TRANSFER TO MANAGEMENT
= LAYOFF
= DEATH
ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

☐ INACTIVE NO MEMBERS THIS MONTH
☐ FINAL REPORT NO MEMBERS UNTIL FURTHER NOTICE

| | | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|---|
| TOTAL HOURS THIS PAGE | | | | |
| TOTAL HOURS ALL PAGES | | | | |
| TOTAL WELFARE @ 6.15 per hour | 455.10 | | | |
| TOTAL PENSION @ 4.80 per hour | 355.20 | | | |

## PLEASE REMIT BY SEPARATE CHECK

ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE ENTRIES WITH MEMBER'S DATE OF HIRE.
FOR INSTRUCTIONS ON HOW TO COMPLETE THIS REPORT, SEE THE REVERSE SIDE OF THE EMPLOYER'S COPY.

PLEASE RETURN THIS COPY OF THE REPORT WITH YOUR PAYMENT
REPORT OF PAYMENTS
TO
# LOCAL 731, I.B. of T. EXCAVATING, PAVING, WELFARE-PENSION FUNDS
1000 BURR RIDGE PKWY   BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-867-4150

PAGE 1

MARLENE'S TRUCKING IL INC.
2150 BLUESTEM PKWY
LYNWOOD   IL   60411

EER NO. 11245
DATE 12/19/2007
TELEPHONE (708)757-3101

REPORT FOR THE MONTH OF DECEMBER 2007
COVERING PAYROLL PERIODS (SATURDAYS) ENDING

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| 1 | 8 | 15 | 22 | 29 |

PREPARED BY Marlene Anderson

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.

| SOCIAL SECURITY NUMBER | NAME | \1 | 2 | 3 | 4 | 5 | TOTAL | CODE | REMARKS | DATE OF HIRE |
|---|---|---|---|---|---|---|---|---|---|---|
| -7634 | ANDERSON JERRY | 0 | 0 | 0 | 0 | 0 | 0 | | didn't work | |

L.M.C.C. TASK FORCE            $0.50  $_____
J.C. 25 TRAINING FUND          $0.20  $_____
L.U. 731 SCHOLARSHIP FUND      $0.20  $_____
CHICAGOLAND CONSTRUCTION SAFETY COUNCIL   $0.01  $_____
CONSTRUCTION INDUSTRY SERVICE CORPORATION $0.01  $_____

INDUSTRY: PLEASE MAKE CHECKS PAYABLE TO EACH PROPER FUND. RATE IS PER HOUR WORKED.

WORK CODES
= NEW
= RETURN
= TERMINATED (REASON)
= SICK
= OCCUPATIONAL INJURY
= TOTAL DISABILITY
= TRANSFER TO MANAGEMENT
= LAYOFF
= DEATH
ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

☒ INACTIVE NO MEMBERS THIS MONTH
☐ FINAL REPORT NO MEMBERS UNTIL FURTHER NOTICE

| | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|
| TOTAL HOURS THIS PAGE | 0 | | |
| TOTAL HOURS ALL PAGES | 0 | | |
| TOTAL WELFARE @ 6.15 per hour | 0 | | 0 |
| TOTAL PENSION @ 4.80 per hour | 0 | | 0 |

## PLEASE REMIT BY SEPARATE CHECK
ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE ENTRIES WITH MEMBER'S DATE OF HIRE.
FOR INSTRUCTIONS ON HOW TO COMPLETE THIS REPORT, SEE THE REVERSE SIDE OF THE EMPLOYER'S COPY.

PLEASE RETURN THIS COPY OF THE REPORT WITH YOUR PAYMENT
REPORT OF PAYMENTS
TO

# LOCAL 731, I.B. of T. EXCAVATING, PAVING, WELFARE-PENSION FUNDS

1000 BURR RIDGE PKWY BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

PAGE 1

MARLENE'S TRUCKING IL INC.
2150 BLUESTEM PKWY
LYNWOOD IL 60411

EER NO. 11245
DATE 1/23/2008

TELEPHONE
(708)757-3101

REPORT FOR THE MONTH OF
JANUARY 2008
COVERING PAYROLL PERIODS (SATURDAYS) ENDING

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| 5 | 12 | 19 | 26 | |

PREPARED BY Marlene Anderson

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.

| SOCIAL SECURITY NUMBER | NAME | ACTUAL HOURS WORKED IN PERIOD ||||||  CODE | REMARKS | DATE OF HIRE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | TOTAL | | | |
| -7634 | ANDERSON JERRY | 0 | 0 | 0 | 0 | 0 | 0 | | didn't work | |

L.M.C.C. TASK FORCE $0.50 $_____

J.C. 25 TRAINING FUND $0.20 $_____

L.U. 731 SCHOLARSHIP FUND $0.20 $_____

CHICAGOLAND CONSTRUCTION SAFETY COUNCIL $0.01 $_____
CONSTRUCTION INDUSTRY SERVICE CORPORATION $0.01 $_____

INDUSTRY: PLEASE MAKE CHECKS PAYABLE TO EACH PROPER FUND. RATE IS PER HOUR WORKED.

WORK CODES
= NEW
= RETURN
= TERMINATED (REASON)
= SICK
= OCCUPATIONAL INJURY
= TOTAL DISABILITY
= TRANSFER TO MANAGEMENT
= LAYOFF
= DEATH
ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

☒ INACTIVE NO MEMBERS THIS MONTH
☐ FINAL REPORT NO MEMBERS UNTIL FURTHER NOTICE

| | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|
| TOTAL HOURS THIS PAGE | 0 | | |
| TOTAL HOURS ALL PAGES | 0 | | |
| TOTAL WELFARE @ 6.15 per hour | 0 | | 0 |
| TOTAL PENSION @ 4.80 per hour | 0 | | 0 |

## PLEASE REMIT BY SEPARATE CHECK

ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE ENTRIES WITH MEMBER'S DATE OF HIRE.
FOR INSTRUCTIONS ON HOW TO COMPLETE THIS REPORT, SEE THE REVERSE SIDE OF THE EMPLOYER'S COPY.

PLEASE RETURN THIS COPY OF THE WELFARE AND PENSION
REPORT OF PAYMENTS
TO
# LOCAL 731, I.B. of T. EXCAVATING, PAVING, WELFARE-PENSION FUNDS
1000 BURR RIDGE PKWY   BURR RIDGE, ILLINOIS 60527
TELEPHONE 630-887-4150

PAGE 1

MARLENE'S TRUCKING IL INC.
2150 BLUESTEM PKWY
LYNWOOD   IL   60411

EER NO. 11245
DATE 2/22/2008
TELEPHONE (708)757-3101

REPORT FOR THE MONTH OF
FEBRUARY 2008
COVERING PAYROLL PERIODS (SATURDAYS) ENDING

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| 2 | 9 | 16 | 23 | |

PREPARED BY Marlene Anderson

REPORT DUE 20th OF MONTH. LATE REPORTS SUBJECT TO MINIMUM 10% LIQUIDATED DAMAGES.

| SOCIAL SECURITY NUMBER | NAME | ACTUAL HOURS WORKED IN PERIOD | | | | | | CODE | REMARKS | DATE OF HIRE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | TOTAL | | | |
| -7634 | ANDERSON JERRY | 0 | 0 | 0 | 0 | 0 | 0 | | didn't work | |

L.M.C.C. TASK FORCE          $0.50  $_____
J.C. 25 TRAINING FUND        $0.20  $_____
L.U. 731 SCHOLARSHIP FUND    $0.20  $_____
HICAGOLAND CONSTRUCTION SAFETY COUNCIL   $0.01  $_____
ONSTRUCTION INDUSTRY SERVICE CORPORATION $0.01  $_____

INDUSTRY: PLEASE MAKE CHECKS PAYABLE TO EACH PROPER FUND. RATE IS PER HOUR WORKED.

WORK CODES
= NEW
= RETURN
= TERMINATED (REASON)
= SICK
= OCCUPATIONAL INJURY
= TOTAL DISABILITY
= TRANSFER TO MANAGEMENT
= LAYOFF
= DEATH
ENTER WORK CODES FOR ALL ADDITIONS AND DELETIONS

☒ INACTIVE NO MEMBERS THIS MONTH
☐ FINAL REPORT NO MEMBERS UNTIL FURTHER NOTICE

| | | PRIOR PERIOD OVER/UNDER PAYMENTS | TOTAL CHECK AMOUNTS |
|---|---|---|---|
| TOTAL HOURS THIS PAGE | 0 | | |
| TOTAL HOURS ALL PAGES | 0 | | |
| TOTAL WELFARE @ 6.15 per hour | 0 | | 0 |
| TOTAL PENSION @ 4.80 per hour | 0 | | 0 |

## PLEASE REMIT BY SEPARATE CHECK
ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE ENTRIES WITH MEMBER'S DATE OF HIRE.
FOR INSTRUCTIONS ON HOW TO COMPLETE THIS REPORT, SEE THE REVERSE SIDE OF THE EMPLOYER'S COPY.