Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHK

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 300 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Hancock, et al. vs. Marlene's Trucking, IL, Inc. | | |

DOCKET ENTRY TEXT

Motion hearing held. Plaintiffs' motion for entry of judgment [15] is granted. Enter Judgment Order. Judgment entered in favor of plaintiffs and against defendant in the amount of $3,638.42. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02



| | Courtroom Deputy Initials: | MD |
|---|---|---|